UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

MARY E. CUNNINGHAM,

                                                                                                 **RULE 7.1 DISCLOSURE**

                              Plaintiff,                                          **STATEMENT**

       -against-


AMERICAN AIRLINES, INC.,

                              Defendant,
------------------------------------------------------------------------X

       I, David S. Rutherford, attorney for defendant, AMERICAN AIRLINES, INC., having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure identifying any corporate parents, subsidiaries or affiliates of defendant.

| | |
|---|---|
| AMR CORPORATION | AMR TRAINING & CONSULTING GRP |
| AMERICAN AIRLINES FOUNDATION | EAGLE AVIATION LEASING, INC. |
| AURORA INVESTMENTS, INC. | FLAGSHIP AIRLINES, INC. |
| AMR LEASING CORPORATION | EXECUTIVE AIRLINES, INC. |
| AMR POLSKIE USLUGI LOTNISKOWE | MIAMI INTL APT CARGO FACILITY |
| AMR RUNWAY TECHNOLOGIES, INC. | AMR SERVICES SECURITY SERVICE |
| WINGS WEST AIRLINES, INC. | AMR RUNWAY TECHNOLOGIES, INC. |
| SIMMONS AIRLINES, INC. | AMRS FRANCE HOLDING COMPANY |
| AMR SERVICES CORPORATION | SABRE EUROPA, INC. |
| SOCIETE DE FRET ET DE SVCS | SABRE GROUP, INC. |
| AMR SERVICES & LOGISTICS CO. | ENCOMPASS HOLDING, INC. |
| AURORA AIRLINE INVESTMENTS | AMRIS TRAINING SIMULATIONS |
| EAGLE AVIATION LEASING, INC. | AVION ASSURANCE LTD. |
| EAGLE AVIATION SERVICES, INC. | AMR VENTURES, III, INC. |
| CARIBBEAN DATA SERVICES, LTD. | ARM SERVICES DEUTSCHLAND GmbH |
| AMRIS INTERNATIONAL, INC. | INTERNATIONAL GROUND SERVICES |
| TELESERVICE RESOURCES, INC. | AMR SERVICES (UK) LIMITED |
| INVENTORY SUPPORT, INC. | C.R. SMITH MUSEUM FOUNDATION |
| AMR LEASING CORP. | TWO FLAGS LIMITED |
| AMR VENTURES III, INC. | CARGO SERVICES, INC. |
| DFW TERMINAL CORP. | |
| AMR SLOT HOLDING, INC. | |

SST HOLDING, INC.
SST FINANCE, INC.

Dated: New York, New York
       May 31, 2007

                              Respectfully submitted,

                        **RUTHERFORD & CHRISTIE, LLP**

                      By: s/ David S. Rutherford
                          David S. Rutherford (DR 8564)
                          Attorneys for Defendant,
                          AMERICAN AIRLINES, INC.
                          300 East 42nd Street, 18th Floor
                          New York, New York 10017
                          (212) 599-5799

TO:    The Jacob D. Fuchsberg Law Firm, LLP
         Attorneys for Plaintiff
         500 Fifth Avenue, 45th Floor
         New York, New York 10110
         (212) 869-3500

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT was served via regular mail to the The Jacob D. Fuchsberg Law Firm, LLP, Attorneys for Plaintiff, 500 Fifth Avenue, 45th Floor, New York, New York 10110 on the 31st day of May, 2007.

                                  **RUTHERFORD & CHRISTIE, LLP**

                                  By: s/ David S. Rutherford
                                      David S. Rutherford (DR 8564)
                                      Attorneys for Defendant,
                                      AMERICAN AIRLINES, INC.
                                      300 East 42nd Street, 18th Floor
                                      New York, New York 10017
                                      (212) 599-5799