UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARY E. CUNNINGHAM,

                      Plaintiff,                    07 CV 4586 (MGC) (DCF)

   -against-                            **NOTICE OF CHANGE OF ADDRESS**

AMERICAN AIRLINES, INC.,

                      Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that **RUTHERFORD & CHRISTIE, LLP,** attorneys for defendants THE CITY OF NEW YORK, THE PORT AUTHORITY OF NEW YORK AND NEW JERSEY and AMERICAN AIRLINES, INC. in the above captioned action, has moved its New York City office to 369 Lexington Avenue, 8th Floor, New York, New York 10017. Service of papers in the within action is to be made upon **RUTHERFORD & CHRISTIE, LLP**, at its new address.

Dated:  New York, New York
          January 17, 2008

                                               Yours etc.,

                                               **RUTHERFORD & CHRISTIE, LLP**

                                    BY:  _/s/ L. Diana Mulderig_
                                               L. Diana Mulderig (LM 9835)
                                               Attorneys for Defendant
                                               AMERICAN AIRLINES, INC.
                                               369 Lexington Avenue, 8th Floor
                                               New York, New York 10017
                                               (212) 599-5799

TO:   The Jacob D. Fuchsberg Law Firm, LLP
      Attorneys for Plaintiff
      500 Fifth Avenue, 45th Floor
      New York, New York 10110
      (212) 869-3500
      Attention:   Melvin C. Hartman, Esq.

Case 1:07-cv-04586-MGC   Document 4   Filed 01/17/2008   Page 2 of 3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the **NOTICE OF CHANGE OF ADDRESS**, were served regular mail on the 17th day of January, 2008 to the offices of The Jacob D. Fuchsberg Law Firm, LLP, 500 Fifth Avenue, 45th Floor, New York, New York 10110, (212) 869-3500, Attention: Melvin C. Hartman, Esq.

**RUTHERFORD & CHRISTIE, LLP**

_____
L. Diana Mulderig (LM 9835)