UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARY E. CUNNINGHAM,

                         Plaintiff,                        07 CV 4586 (MGC) (DCF)

    -against-                                              STIPULATION OF
                                                            DISCONTINUANCE

AMERICAN AIRLINES, INC.

                         Defendant.
----------------------------------------------------------------X

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the plaintiff and defendant AMERICAN AIRLINES, INC., the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, that Plaintiff's action is hereby dismissed, with prejudice, without costs to either party as against the other.

Dated: New York, New York
         July 9, 2008

_____                           _____
Melvin C. Hartman, Esq. (MH 3827)             L. Diana Mulderig, Esq. (LM 9835)
**THE JACOB D. FUCHSBERG LAW**          **RUTHERFORD & CHRISTIE, LLP**
**FIRM, LLP**                                           Attorneys for Defendant
Attorneys for Plaintiff                              AMERICAN AIRLINES, INC.
500 Fifth Avenue, 45th Floor                     369 Lexington Avenue, 8th Floor
New York, New York 10110                      New York, New York 10017
(212) 869-3500                                      (212) 599-5799

SO ORDERED:

S/
_____
Hon. ~~Miriam Goldman Cedarbaum~~ Part I
United States District Judge
8/13/08